UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 8:04-cr-518-T-23TGW

SHAWN STROBELE,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY AND FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the court upon the filing of the Motion of the United States of America for entry of a Preliminary Order of Forfeiture, **which, at sentencing, shall become a final order of forfeiture as to defendant Shawn Strobele's right, title, and interest** in the following property:

    a.    A money judgment in the amount of $170,000.00 in United States currency in lieu of the real property located at 7306 Walnut Street, New Port Richey, Florida, Parcel Identification No: 32-25-16-0350-00600-0060;

    b.    1999 Dodge red pick-up truck, VIN#: 1B7HF16Y4XS246844; and

    c.    A money judgment in the amount of $450,000.00 in United States currency, which represents the amount of illegal drug proceeds obtained by the defendant.

For good cause shown, the Motion of the United States is GRANTED. The Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between the offenses and the property sought for forfeiture. The Court further finds that $450,000.00 in United States currency is the amount of funds obtained

by the defendant as a result of his participation in the drug violations as charged in Counts One and Two of the Indictment, for which defendant pled guilty. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that pursuant to the provisions of 21 U.S.C. § 853, all right, title and interest of defendant Shawn Strobele in the above-referenced property is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), defendant Shawn Strobele is liable for a forfeiture money judgment in the amount of $450,000.00 in United States currency, which represents the amount of proceeds the defendant obtained as a result of his participation in the drug violations as charged in Counts One and Two of the Indictment and a forfeiture money judgment in the amount of $170,000.00 in United States currency in lieu of the real property.

IT IS FURTHER ORDERED that the United States may seek forfeiture of any of the defendant's property up to the total value of the $620,000.00 ($170,000.00 and $450,000.00) money judgments as substitute assets in satisfaction of the judgments, pursuant to the provisions of 21 U.S.C. § 853(p).

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject property, and to entertain any third party claims

that may be asserted in these proceedings.

DONE and ORDERED in Chambers in Tampa, Florida, this \_\_2nd\_\_ day of \_\_March\_\_, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Counsel of Record